Aqua Finance Inc
2600 Pine Ridge Blvd
Wausau, WI 54401


Arcadia Recovery Bureau, Inc.
PO Box 6768
Reading, PA 19610


ARS National Services Inc.
PO Box 469046
Escondido, CA 92046-9100


Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998


Capital Management Services, Inc.
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


CitiBank Bankruptcy Dept
  PO Box 6500
Sioux Falls, SD 57117-5070


CitiBank Bankruptcy Dept
  PO Box 6500
Sioux Falls, SD 57117-5070


Comenity Bank/Bon Ton
Attn:  Bankruptcy Dept
Po Box 18215
Columbus, OH 43218


East Greenville
c/o Berkheimer
HAB-DLT
PO Box 25153
Lehigh Valley, PA 18002-5153


Financial Recoveries
PO box 1388
Mount Laurel, NJ 08054-7388


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


GC Services Limited Partnership
PO Box 3855
Houston, TX 77253


Grandview Hospital/Health System
700 Lawn Ave
Sellersville, PA 18960-0902

Grandview Hospital/Health System
PO Box 902
Sellersville, PA 18960-0902

Hayt, Hayt & Landau, LLC
123 S. Broad Street
Suite 660
Philadelphia, PA 19109-1003

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

Mercantile
165 Lawrence Bell Drive, Suite 100
Buffalo, NY 14221-7900

Midland Credit Management, Inc.
PO Box 2001
Warren, MI 48090-2001

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding
PO Box 13386
Roanoke, VA 24033-3386

MRS BPO LLC (Chase Bank)
1930 Olney Ave.
Cherry Hill, NJ 08003

Northland Group
PO Box 390846
Minneapolis, MN 55439

Northland Group
PO Box 390905
Minneapolis, MN 55439

Patenaude & Felix, APC
501 Corporate Drive
Suite 205
Canonsburg, PA 15317

Peerless Credit Services, Inc.
PO Box 518
Middletown, PA 17057-0518

Penn Credit
Attn:Bankruptcy
Po Box 988
Harrisburg, PA 17108

Progressive Financial Services, Inc.
PO Box 22083
Tempe, AZ 85285-2083

Progressive Physician Associates
PO Box 678398
Dallas, TX 75267-8398

Quickenloans
Attn:  Bankruptcy Department
635 Woodward Ave.
Detroit, MI 48226

Ratchford Law Group, PC
409 Lackawanna Ave., Suite 320
Scranton, PA 18503

```
Sentry Credit, Inc.
PO Box 12070
Everett, WA 98206-2070



St. Luke's Quakertown Hospital
801 Ostrum St.
Bethlehem, PA 18015



St. Lukes Physicians Group
PO Box 25837
Salt Lake City, UT 84125-0837



Sunrise Credit Services, Inc.
PO box 9100
Farmingdale, NY 11735-9100



Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348-5972



Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541



Target Card Services
P.O. BOX 660170
Dallas, TX 75266-0170



TD Bank
PO Box 8400
Lewiston, ME 04240-8400



Upper Bucks Reg EMS, Inc.
PO Box 726
New Cumberland, PA 17070-0726
```

```
Wells Fargo Auto Finance
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038


Wells Fargo Bank
435 Ford Road
Suite 300
Saint Louis Park, MN 55426


Wells Fargo Bank
Po Box 10438
Macf8235-02f
Des Moines, IA 50306


West Creek Financial, LLC
PO Box 5518
Glen Allen, VA 23058-5518
```