Certificate Number: 11760-PAE-DE-031056517

Bankruptcy Case Number: 18-12185



11760-PAE-DE-031056517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2018, at 3:13 o'clock PM PDT, David McFarland completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 19, 2018  By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher