# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Mcfarland aka David Paul Scott McFarland, aka David P. McFarland, aka Dave McFarland<br>　　　　Debtor | CHAPTER 7 |
| Quicken Loans Inc., its successors and/or assigns<br>　　　　Movant<br>　　vs. | NO. 18-12185 AMC |
| David Mcfarland aka David Paul Scott McFarland, aka David P. McFarland, aka Dave McFarland<br>　　　　Debtors | |
| Terry P. Dershaw Esq.<br>　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion of Quicken Loans Inc. for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about May 4, 2018 (Document No. 24).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

September 7, 2018